```
                                                    FILED
                                             U. S. DISTRICT COURT
                                             DISTRICT OF NEBRASKA
     IN THE UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF NEBRASKA        2011 SEP 19  PM 3: 59
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| v. ) | |
| ) | Civil No. 8:11-cv-00196 |
| DALE L. BARTA, and ) | |
| STATE OF NEBRASKA, JOHN ) | |
| A. GALE, in his official capacity ) | |
| as NEBRASKA SECRETARY OF ) | |
| STATE, ) | |
| DEFENDANTS. ) | |

## JUDGMENT, ORDER AND INJUNCTION

1. The United States requests the entry of a Default Judgment against Defendant Dale Barta. This Court finds that the requirements of Federal Rule of Civil Procedure Rule 55(b)(2) are met and that entry of a default judgment against Defendant Dale Barta is appropriate.

2. Defendant, John A. Gale, in his official capacity as Nebraska Secretary of State has consented to the entry of this Order and Injunction.

**IT IS ORDERED THAT:**

3. All UCC Financing Statements and any and all amendments or other documents filed or caused to be filed by Defendant Dale Barta with the Nebraska Secretary of State purporting to attach or otherwise affect the assets of the United States and any and all of the persons identified in the Complaint, including U.S. District Court Judge Joseph Bataillon; U.S. Bankruptcy Court Chief Judge Timothy Mahoney; Chief Justice Michael Heavican; Kathleen Laughlin, U.S. Bankruptcy Trustee; Larry Moormeier, employee of FSA; Brian Wolford, former employee of FSA; Robert Cummins, retired FSA employee; and Robert Homan, Assistant U.S. Attorney, are declared invalid, null and void and without any legal effect.

4. Defendant Dale Barta, and all those acting in concert or participation with him, are permanently enjoined from filing or attempting to file in any secretary of state's office or county office in any state, any UCC Financing Statements or other type of lien purporting to attach to or otherwise affect the assets of the United States or any present or former federal official or employee, including but not limited to those persons identified in ¶3, without first obtaining the express, written permission of this Court.

5. Defendant John A. Gale, in his official capacity as Nebraska Secretary of State is directed to remove the UCC Financing Statements and Amendments that were filed by Defendant Dale Barta against those persons identified in ¶3 from the searchable public records maintained in his office.

6. This Court retains jurisdiction over this action for purposes of implementing and enforcing the provisions of this Order and Injunction.

7. The United States will serve this Judgment, Order and Injunction on Defendant Dale Barta.

Date: 9/19/11

JUDGE RICHARD G. KOPF
U.S. DISTRICT COURT